IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOES,** *K.D. and A.D.,* **PLAINTIFFS**
*Individually and as Parents*
*and Next Friends of H.D.*

v. CASE NO. 4:21-CV-00039-BSM

**MAYFLOWER SCHOOL DISTRICT** **DEFENDANT**

## JUDGMENT

Consistent with the order entered on October 28, 2022 [Doc. No. 52] this case is dismissed.

IT IS SO ORDERED this 18th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE